**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>KIMBERLY R. JONES,<br>a.k.a. KIMBERLY R. YOUNGER,<br><br>    Defendant/Judgment Debtor,<br><br>and<br><br>WAL-MART ASSOCIATES, INC.,<br><br>                   Garnishee. | NO. 2:16-MC-00171-RSL<br><br>(2:08-CR-0198-5)<br><br>[~~Proposed~~] Order Granting United States' Petition for Order Requiring Proper Answer and Withholding |

      This matter came before the Court on the United States' April 17, 2017, "Objection to Wal-Mart's Answer to Writ of Garnishment and Petition for Order Requiring Proper Answer and Withholding." The Court has considered the United States' Motion and the supporting evidence attached thereto, as well as any memorandum and evidence Garnishee Wal-Mart Associates, Inc. (Wal-Mart) has filed in opposition. For the reasons stated in the United States' Motion, the Court finds that (1) Wal-Mart failed to file an Answer to the Writ of

[~~PROPOSED~~] ORDER GRANTING UNITED STATES'
PETITION FOR ORDER REQUIRING PROPER ANSWER
AND WITHHOLDING
*(USA v. Kimberly R. Jones a.k.a. Kimberly R. Younger and*
*Wal-Mart Associates, Inc.*, No. 2:16-MC-00171-RSL / 2:08-CR-0198-5) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Garnishment within the 10 days permitted by the Writ; (2) Wal-Mart's Answer [dkt. no. 7] does not use the "Form Answer" required by the Writ of Garnishment, and (3) Wal-Mart has not withheld the required 10 percent of Defendant-Judgment Debtor Kimberly R. Jones-Younger's (Ms. Jones-Younger) disposable earnings since the United States served it with the Writ of Garnishment on November 5, 2016.

Accordingly, pursuant to 28 U.S.C. § 3205(c)(6), the Court orders as follows:

(1) Within 10 days of the entry of this Order, Wal-Mart shall file a proper Answer to the Writ of Garnishment, using the "Form Answer" that was served upon Wal-Mart with the Writ of Garnishment;

(2) Wal-Mart shall immediately begin withholding 10 percent of Ms. Jones-Younger's disposable earnings, pursuant to the Writ of Garnishment;

(3) Within 30 days of the entry of this Order, Wal-Mart shall remedy its failure to withhold 10 percent of Ms. Jones-Younger's disposable earnings after being served with the Writ of Garnishment on November 5, 2016, as follows:  for the time period from November 5, 2016 through the present,

    (A) Wal-Mart shall file an accounting with the Court showing the amounts of (i) Ms. Jones-Younger's gross and disposable earnings, (ii) Wal-Mart's withholdings therefrom pursuant to the garnishment, and (iii) Wal-Mart's refunds of excess withholdings to Ms. Jones-Younger; and

[PROPOSED] ORDER GRANTING UNITED STATES'
PETITION FOR ORDER REQUIRING PROPER ANSWER
AND WITHHOLDING
(USA v. Kimberly R. Jones a.k.a. Kimberly R. Younger and
Wal-Mart Associates, Inc., No. 2:16-MC-00171-RSL / 2:08-CR-0198-5) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

(B) if Wal-Mart has withheld in excess of 10 percent of Ms. Jones-Younger's disposable earnings, it shall refund such excess withholdings to her;

(4) Wal-Mart shall pay the United States' reasonable attorney's fees for attorney and support staff time spent litigating this Objection & Petition, as provided by 28 U.S.C. § 3205(c)(6). The United States shall file a request for such fees within 30 days of the entry of this Order; and

(5) Within 10 days of the entry of this Order, the United States shall destroy ADP's check for $594.14.

IT IS SO ORDERED.

DATED: May 19, 2017

_____
Hon. Robert S. Lasnik
U.S. District Court Judge

Presented by:

s/ Kyle A. Forsyth
_____
Kyle A. Forsyth, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES'
PETITION FOR ORDER REQUIRING PROPER ANSWER
AND WITHHOLDING
(*USA v. Kimberly R. Jones a.k.a. Kimberly R. Younger and Wal-Mart Associates, Inc.*, No. 2:16-MC-00171-RSL / 2:08-CR-0198-5) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970