UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>   v.<br><br>KIMBERLY R. JONES,<br>a.k.a. KIMBERLY R. YOUNGER,<br><br>     Defendant/Judgment Debtor,<br><br>   and<br><br>WAL-MART ASSOCIATES, INC.,<br><br>             Garnishee. | NO.  2:16-MC-00171-RSL<br><br>   (2:08-CR-0198-5)<br><br>Order Granting United States' Motion for Attorney's Fees<br><br><u>Note on Motion Calendar:</u>  July, 7 2017 |

This matter came before the court on the United States' June 19, 2017, Motion for Attorney's Fees.  The Court has considered the United States' Motion and any response or reply filed thereto.  For the reasons stated in the United States' Motion, the Court finds that the United States seeks reasonable hourly rates for reasonable time expended by its attorney and paralegal on this matter.

**ORDER GRANTING UNITED STATES'**
**MOTION FOR ATTORNEY'S FEES**
*(USA v. Kimberly R. Jones a.k.a. Kimberly R. Younger and*
*Wal-Mart Associates, Inc.*, No. 2:16-MC-00171-RSL / 2:08-CR-0198-5) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Accordingly, pursuant to 28 U.S.C. § 3205(c)(6), the Court orders that Garnishee Wal-Mart Associates, Inc. (Wal-Mart) shall pay the United States' reasonable attorney's fees incurred litigating the United States' "Objection to Wal-Mart's Answer to Writ of Garnishment and Petition for Order Requiring Proper Answer and Withholding" [dkt. no. 8]. The Court calculates such reasonable attorney's fees as follows:

Assistant U.S. Attorney Kyle Forsyth: 23.9 hours x $194.77 per hour = $4,655.00;

Paralegal Caitlin Froelich: 5.0 hours x $45.12 per hour = $225.60;

for a total award of $4,880.60.

Wal-Mart shall make this payment within 30 days of the entry of this Order via check payable to the "U.S. Attorney's Office, Western District of Washington," and mailed to:

> U.S. Attorney's Office
> 700 Stewart Street, Suite 5220
> Attn: Financial Litigation Unit
> Seattle, WA 98101

IT IS SO ORDERED.

Dated this 11th day of July, 2017.

_Mrt S Lasnik_
Hon. Robert S. Lasnik
U.S. District Court Judge

Presented by:

s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA # 34609
Assistant United States Attorney

**ORDER GRANTING UNITED STATES'**
**MOTION FOR ATTORNEY'S FEES**
(*USA v. Kimberly R. Jones a.k.a. Kimberly R. Younger and*
*Wal-Mart Associates, Inc.*, No. 2:16-MC-00171-RSL / 2:08-CR-0198-5) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970