**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLY R. JONES, <br> aka KIMBERLY YOUNGER, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> WAL-MART ASSOCIATES, INC., <br><br> Garnishee. | NO. 2:16-MC-00171-RSL <br><br> (2:08-CR-00198-JCC-5) <br><br> **Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Wal-Mart Associates, Inc., has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Wal-Mart Associates, Inc. filed an Answer on June 19, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Kimberly R. Jones aka Younger (Ms. Jones-Younger), was an active employee who was paid bi-weekly.

//

//

**CONTINUING GARNISHEE ORDER** (*USA v. Kimberly R. Jones and Wal-Mart Associates, Inc.*, **Nos. 2:16-MC-00171-RSL / 2:08-CR-00198-JCC-5) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about November 2, 2016,[1] Ms. Jones-Younger has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

The Garnishee, Wal-Mart Associates, Inc., shall pay to the United States District Court for the Western District of Washington, $867.04 that Wal-Mart previously withheld from Ms. Jones-Younger's disposable earnings through the pay period that ended June 9, 2017. For the pay period that began June 10, 2017, and thereafter, Wal-Mart shall pay to the Court ten (10) percent of the disposable earnings paid or payable to Ms. Jones-Younger, upon each period of time when she is entitled to receive such funds. Wal-Mart shall continue to make such payments until Ms. Jones-Younger's debt is paid in full or until she is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.

Such payments shall be applied to Ms. Jones-Younger's outstanding restitution obligation by the United States District Court for the Western District of Washington.

The payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:08-CR-00198-JCC-5 and 2:16-MC-00171-RSL, and to deliver such payment either personally or by First Class Mail to:

---

[1] Garnishee Wal-Mart Associates, Inc. was re-served notification of the garnishment proceeding via facsimile and United States First Class Mail on December 2, 2016 (doc. no. 6).

**CONTINUING GARNISHEE ORDER (***USA v. Kimberly R. Jones and Wal-Mart Associates, Inc.***, Nos. 2:16-MC-00171-RSL / 2:08-CR-00198-JCC-5) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

DATED this 22nd day of August, 2017.

*[signature]*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Kimberly R. Jones and Wal-Mart Associates, Inc.,* Nos. 2:16-MC-00171-RSL / 2:08-CR-00198-JCC-5) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970